# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 30, 2024

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 23-2448 | CONSOLIDATED CHASSIS MANAGEMENT LLC,<br>Plaintiff - Appellee<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br>Defendant - Appellant<br>and<br><br>BNSF RAILWAY COMPANY,<br>Third/Party Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-01316<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                             F.R.A.P. 42(b)

STATUS OF THE RECORD:                                    no record to be returned

form name: **c7_Mandate**    (form ID: **135**)